UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CLARA MAE MARTIN

       Plaintiff,                            Case No.  1:14-cv-1098

v.                                                 HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY

       Defendant,
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated:  November 17, 2015                            /s/ Paul L. Maloney
                                                              PAUL L. MALONEY
                                                              United States District Judge